# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALASTIN SKINCARE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GUANGZHOU CHUYU COSMETICS CO., LTD., et al., <br><br> Defendants. | Case No. 24-cv-07688 <br><br> **Judge Sara L. Ellis** <br><br> **Magistrate Judge Jeffrey Cole** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, November 5, 2024, at 9:45 a.m., Plaintiff shall appear before the Honorable Judge Sara L. Ellis in Courtroom 1403 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's Motion for Entry of Default and Default Judgment as to Certain Defendants and Agreed Motion for Consent Judgement as to Certain Defendants.

Dated this 31st day of October 2024.

Respectfully submitted,

/s/Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law

*Counsel for Plaintiff Alastin Skincare, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of October 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit A hereto that includes a link to said website.

/s/ Kahlia R. Halpern
Amy C. Ziegler
Justin R. Gaudio
Kahlia R. Halpern
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
khalpern@gbc.law

*Counsel for Plaintiff Alastin Skincare, Inc.*